# EXHIBIT C

# EXHIBIT C

EXHIBIT C
167

United Technologies Realty, Inc.
9 Farm Springs Road
Farmington, Connecticut 06032



June 1, 2016

*Via overnight courier – 760-963-1811*
ComAv Technical Services, LLC
18438 Readiness Street
Victorville, California 92394
Attn: Craig Garrick/William S. Morris

    Re: Hangar #681 at the Southern California Logistics Airport, 18260 Phantom Street, Victorville, California (the "Premises")

Dear Messrs. Garrick and Morris:

    As you know, the Sublease between ComAv Technical Services, LLC ("Subtenant") and Pratt & Whitney Line Maintenance Services, Inc. ("Sublandlord") with regard to the above-reference Premises will expire on June 30, 2016. The Sublease will not be renewed upon such expiration and we will expect Subtenant and Subtenant's subtenant, Federal Express Corporation, to have vacated the Premises by such date and in accordance with the terms of the Sublease. Failure to vacate the Premises by such date and return the same in the required condition may result in consequential damages and penalties under the Sublease.

    In addition, all outstanding charges for Monthly Base Rent, Additional Rent and taxes due to the County of San Bernardino must be paid prior to June 30, 2016.

    We will be scheduling a walk-through of the Premises with SCLAA during the week of June 27, 2016. We would anticipate that a representative of Subtenant would participate in such walk-through as well.

    Please contact Richard Grant of Pratt & Whitney Line Maintenance Services, Inc. at (860) 214-6375 to discuss the walk-through and the delivery of keys for the Premises.

    Very truly yours,
    PRATT & WHITNEY LINE
    MAINTENANCE SERVICES, INC.

By: _____
    Stephen Forino, President
    United Technologies Realty, Inc.
    Authorized agent

cc: Richard Grant
    Karen Chadbourne
    Nancy Sutherland
    Randy Rome

EXHIBIT C
168