| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| BUCHALTER NEMER |
| Barbara E. Lichman, Ph.D. (SBN 138469) |
| blichman@buchalter.com |
| Paul J. Fraidenburgh (SBN280354) |
| pfraidenburgh@buchalter.com |
| 18400 Von Karman Avenue, Suite 800 |
| Irvine, CA  92612 |
| Telephone: (949)760-1121; Fascimile: (949)720-0182 |

ATTORNEY(S) FOR:  Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| COMAV, LLC; COMAV TECHNICAL SERVICES, LLP | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:16-cv-1267 |
| v. | |
| SOUTHERN CALIFORNIA LOGISTICS AIRPORT AUTHORITY; CITY OF VICTORVILLE; PRATT & WHITNEY, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiffs ComAv, LLC and ComAv Technical Services, LLP or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | None |

| June 14, 2016 | /s/ Barbara E. Lichman |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs ComAv, LLC and ComAv Technical Services, LLP