1  BUCHALTER NEMER
   A Professional Corporation
2  BARBARA E. LICHMAN, PH.D. (SBN 138469)
   blichman@buchalter.com
3  PAUL J. FRAIDENBURGH (SBN 280354)
   pfraidenburgh@buchalter.com
4  18400 Von Karman Avenue, Suite 800
   Irvine, CA 92612
5  Telephone: (949) 760-1121; Facsimile: (949) 720-0182

6  Attorneys for Plaintiffs
   COMAV, LLC and
7  COMAV TECHNICAL SERVICES, LLC

8

9  **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| COMAV, LLC, a California limited liability company; COMAV TECHNICAL SERVICES, LLC, a Delaware limited liability company, | Case No. 5:16-cv-1267 |
|---|---|
| Plaintiffs, | **NOTICE OF RELATED CASE** |
| vs. | |
| SOUTHERN CALIFORNIA LOGISTICS AIRPORT AUTHORITY, a joint powers authority; CITY OF VICTORVILLE, CALIFORNIA, a municipal corporation; PRATT & WHITNEY LINE MAINTENANCE SERVICES, INC., a division of United Technologies Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 83-1.3, Plaintiffs ComAv, LLC and ComAv Technical Services, LLC hereby provide notice that the above-captioned action involves allegations which arise from the same or closely related events alleged in *Securities and Exchange Commission v. City of Victorville, et al.*, United States District Court, Central District of California, Case No. EDCV13-0776 JAK (DTBx).

The above-listed action is related to this case in that its facts and allegations form the basis for Defendants' alleged conduct in the current litigation.

Dated: June 14, 2016          BUCHALTER NEMER

*/s/ Barbara E. Lichman*
Barbara E. Lichman, Ph.D.
Paul J. Fraidenburgh
BUCHALTER NEMER
18400 Von Karman Avenue
Suite 800
Irvine, CA  92612
(949)760-1121
(949)720-0182 Fax
blichman@buchalter.com
pfraidenburgh@buchalter.com

*Counsel for Complainants*
COMAV, LLC and COMAV TECHNICAL SERVICES, LLC