# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ComAv, LLC et al<br><br>v.<br><br>Southern California Logistics Airport Authority et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:16-cv-01267 PSG(PLAx)<br><br>ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____   _____
Date                                        United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The actions do not arise from the same or closely related transactions or occurrences and do not call for the determination of the same or substantially related or similar questions of law and fact.

6/20/2016                                   Hon. John A. Kronstadt  /s/
Date                                        United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   5:13-cv-00776 JAK(DTBx)   and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (06/14)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)