FILED

JUN 30 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COMAV, LLC, a California limited liability company and COMAV TECHNICAL SERVICES, LLC, a Delaware limited liability company,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SOUTHERN CALIFORNIA LOGISTICS AIRPORT AUTHORITY, a joint powers authority; et al.,<br><br>        Defendants - Appellees. | No. 16-55886<br><br>D.C. No. 5:16-cv-01267-PSG-PLA<br>Central District of California, Riverside<br><br>ORDER |

Before: CLIFTON and WATFORD, Circuit Judges.

      Appellants' emergency motion for an injunction pending appeal (Docket Entry No. 2) is denied.

      Further, a review of the record suggests that this court may lack jurisdiction over appellants' appeal of the district court's denial of a temporary restraining order. *See Religious Tech. Ctr. v. Scott*, 869 F.2d 1306, 1308 (9th Cir. 1989); *see also Serv. Employees Int'l Union v. Nat'l Union of Healthcare Workers*, 598 F.3d 1061, 1067 (9th Cir. 2010).

FG/MOATT

Within 21 days after the date of this order, appellants shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellants elect to show cause, a response may be filed within 10 days after service of the memorandum.

If appellants do not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

FG/MOATT