STEVEN T. GUBNER - Bar No. 156593
sgubner@brutzkusgubner.com
RICHARD D. BURSTEIN - Bar No. 56661
rburstein@brutzkusgubner.com
REAGAN E. BOYCE - Bar No. 248064
rboyce@brutzkusgubner.com
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile: (818) 827-9099

Attorneys for Defendant, Pacific Aerospace Resources & Technologies, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| COMAV, LLC, a California limited liability company; COMAV TECHNICAL SERVICES, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SOUTHERN CALIFORNIA LOGISTICS AIRPORT AUTHORITY, et al.,<br><br>　　　　　　Defendants. | Case No. 5:16-cv-1267-PSG (PLAx)<br><br>Judge: Honorable Phillip S. Gutierrez<br>Action Filed: June 14, 2016<br><br>**DEFENDANT PACIFIC AEROSPACE RESOURCES & TECHNOLOGIES, LLC'S NOTICE OF JOINDER IN PORTIONS** OF DEFENDANTS PRATT & WHITNEY LINE MAINTENANCE SERVICES, UNITED TECHNOLOGIES CORPORATION AND UNITED TECHNOLOGIES REALTY'S MOTION TO DISMISS THE SECOND, THIRD, FOURTH AND FIFTH CLAIMS IN PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>**Hearing Scheduled for:**<br>Date:　October 3, 2016<br>Time:　1:30 p.m.<br>Place:　Courtroom 880<br>[Pursuant to Order filed on July 25, 2016 as Docket # 39.] |

///

///

1

DEFENDANT PACIFIC AEROSPACE RESOURCES AND TECHNOLOGIES, LLC'S NOTICE OF JOINDER
CASE NO. 5:16-CV-1267-PSG

1616819

**PLEASE TAKE NOTICE** that defendant, PACIFIC AEROSPACE RESOURCES & TECHNOLOGIES, LLC ("PART") joins in portions of the Motion to Dismiss Plaintiffs' First Amended Complaint (Docket No. 53) ("Motion") filed by defendants Pratt & Whitney Line Maintenance Services, United Technologies Corporation, and United Technologies Realty for the reasons set forth therein regarding the second, third and fifth causes of action only, which are the only causes of action addressed in the Motion to which PART is also named a defendant in the First Amended Complaint. Heretofore, PART has joined in the *Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim for Which Relief May be Granted* filed by defendants the City of Victorville and the Southern California Logistics Airport Authority (jointly the "City"). Nothing set forth herein negates or limits that prior joinder.

Additionally, PART notes that Plaintiffs COMAV, LLC and COMAV Technical Services, LLC's (jointly "COMAV") allegations in the First Amended Complaint are so vague that PART cannot identify how the causes of action apply to or what factual allegations form the basis for a cause of action as against PART. Based on COMAV's First Amended Complaint, PART cannot identify what claims are being asserted as against PART, which facts are being set forth in support thereof, or what legal cause(s) of action PART must defend against.

The First Amended Complaint's lack of specificity leaves PART in the dark as to how PART has caused COMAV any harm or damages, such that this Court could order relief in favor of COMAV as against PART.

For these reasons, and for all the other reasons set forth in the Motion, PART respectfully herein moves this court to dismiss the second, third and fifth causes of action in the First Amended Complaint for COMAV's failure to state a claim upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6).

///

///

1   This motion is made following the conference of counsel pursuant to L. R. 7-3
2   which took place on July 28, 2016.

3   Dated: September 1, 2016             BRUTZKUS GUBNER

5                                         By: /s/ Reagan E. Boyce
                                              REAGAN E. BOYCE
6                                         Attorneys for Defendant, Pacific Aerospace
7                                         Resources & Technologies, LLC